IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ERIK C. JAKOBIK, Individually and as a Representative of a Class of Individuals to be determined,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA CORPORATION,<br><br>Defendant. | No. 3:11-0095<br>Judge Nixon<br>Magistrate Judge Knowles |

## ORDER

Before the Court is the parties' Joint Stipulation of Dismissal with Prejudice (Doc. No. 18), stating that the Parties have agreed that Plaintiff's claims against Defendant should be dismissed with prejudice without costs. Per Rule 41(a)(2) of the Federal Rules of Civil Procedure, the Court hereby **ORDERS** that this action be **DISMISSED with prejudice**. The Court **DIRECTS** the Clerk to close this case.

It is so ORDERED.

Entered this the 27th day of April, 2011.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT